UNITED STATES COURT OF APPEALS
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

DAVID M. EBEL
JUDGE

(303) 844-3800
FAX: (303) 844-4541
David_M_Ebel@ca10.uscourts.gov

January 25, 2012

TO: Greg Langham, Clerk

FROM: Judge Ebel

RE: Criminal Action No. 12-cr-00022-DME
U.S.A. v. Hernandez-Sarmiento, et al.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd